THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE A. BOYD v. WILLIAM E. WALSH and Others, Constituting the Board of Appeals of the City of New York.— Preference granted for May 5, 1926. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

YOUNG WOMEN'S CHRISTIAN ASSOCIATION IN THE CITY OF NEW YORK v. THE CITY OF NEW YORK.— Preference granted for May 11, 1926. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

In the Matter of THE PEOPLE OF THE STATE OF NEW YORK, by JESSE S. PHILLIPS, as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Liquidate the Business of THE CASUALTY

COMPANY OF AMERICA. In the Matter of the Claim of MAXWELL RUBIN.— Motion granted and appellant's time extended to May 11, 1926, on condition that appellant accept short notice of argument so that the appeal can be argued or submitted on the 14th day of May, 1926. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.